BENJAMIN J. FOX (CA SBN 193374)
bfox@mofo.com
BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ZOE E. ESCARCEGA
zescarcega@mofo.com (CA SBN 356636)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017-3543
Telephone:  213.892.5200
Facsimile:  213.892.5454

Attorneys for Plaintiff
KONAMI DIGITAL ENTERTAINMENT
CO. LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONAMI DIGITAL ENTERTAINMENT CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-10, <br><br> Defendants. | Case No.  2:26-cv-05918 <br><br> **DECLARATION OF HIKARU JISHAGE FROM KONAMI IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER GRANTING LEAVE TO TAKE PRE-SERVICE DISCOVERY IN ADVANCE OF A RULE 26 CONFERENCE** <br><br> [Filed With *Ex Parte* Application, Declaration of Benjamin J. Fox, and [Proposed] Order]] |

1

I, Hikaru Jishage, state and declare:

1.    I am a Producer at Konami Digital Entertainment Co., Ltd. ("Konami") and have been employed by Konami or its related companies since 2012. I have personal knowledge of the facts stated herein based on my work for Konami, including my work related to the Metal Gear Solid videogame franchise, except where specifically stated that my knowledge is based on Konami's business records or discussions with other employees who have relevant knowledge, in which instances I have so indicated below and confirmed that the information is correct to the best of our understanding.

2.    I submit this declaration in support of Konami's *Ex Parte* Application for Order Granting Leave to Take Pre-Service Discovery in Advance of Rule 26 Conference.

3.    Konami developed and published the videogame *Metal Gear Solid 2, Sons of Liberty* ("MGS 2"), a major title in the popular Metal Gear Solid Franchise.

4.    Konami owns copyrights and other intellectual property rights in MGS 2, including rights to the source code underlying the game. The computer code for MGS 2, including its underlying source code, is registered with the United States Copyright Office as Registration No. PA 1-092-010.

5.    I understand based on the company's business records and discussions with other employees that Konami received rights to the copyright in MGS 2 via assignment from a related company, Konami Computer Entertainment Japan, Inc., as reflected in Copyright Registration No. PA 1-397-565. Konami's rights in MGS 2 and its computer code include the right to sue for infringement of the works.

6.    Konami has invested substantial time, money, labor, creativity, and technical expertise in the development, publication, protection, and commercialization of MGS 2 and its related works.

7.    Konami takes reasonable steps to secure and prevent the public disclosure of non-public MGS 2 assets, including the source code for MGS 2.

These measures include, for example, maintaining the source code on secure computer servers and granting access to only those persons who have a legitimate business need to view it. Konami typically requires non-disclosure and confidentiality agreements with any business partners or other persons who require access to the code for game development or other legitimate business reasons.

8. Konami did not authorize the public release of the source code for MGS 2 or any other materials that are the subject of this lawsuit.

9. Public disclosure of the source code for MGS 2 risks compromising the integrity of Konami's game and is causing substantial harm to Konami and to its U.S.-based affiliate, Konami Digital Entertainment, Inc. ("KDE Inc."), which is headquartered in Hawthorne, California. KDE Inc. is responsible for marketing the game in the United States and for U.S. customer support.

10. In May 2026, Konami discovered that one or more persons had leaked copies of the source code from Konami's MGS 2 and other internal development documents to the file-sharing websites "pixeldrain.com" and "buzzheavier.com."

11. Konami has conducted an internal investigation as to the source of the unauthorized leak of the MGS 2 source code and other non-public documents related to the development of MGS 2 and has not, to date, been able to identify the person or persons responsible for the leak.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on June 5 2026 in Tokyo, Japan.

_____
Hikaru Jishage