UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KONAMI DIGITAL ENTERTAINMENT CO., LTD., | Case No. 2:26-cv-05918 |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING KONAMI'S *EX PARTE* APPLICATION FOR ORDER GRANTING LEAVE TO TAKE PRE-SERVICE DISCOVERY IN ADVANCE OF A RULE 26 CONFERENCE** |
| DOES 1-10, | |
| Defendants. | [Filed With *Ex Parte* Application, and Declarations of Hikaru Jishage and Benjamin J. Fox] |

1

Having considered plaintiff Konami Digital Entertainment Co., Ltd.'s ("Konami's") *Ex Parte* Application for Order Granting Leave to Take Pre-Service Discovery in Advance of a Rule 26 Conference, the supporting Memorandum of Points and Authorities and Declarations of Hikaru Jishage and Benjamin J. Fox, the Court finds good cause to grant Konami's request to commence discovery.

IT IS HEREBY ORDERED that:

Konami's Application for Order Granting Leave to Take Pre-Service Discovery in Advance of a Rule 26 Conference is GRANTED.

Konami is authorized to commence discovery immediately for the purpose of identifying the persons currently sued as Doe defendants, including without limitation, the names, addresses, usernames, phone numbers, and Internet Protocol ("IP") addresses associated with alleged infringing activity, account creation, or access. Konami may serve Rule 45 subpoenas on the following listed third parties and their respective affiliates, subsidiaries, and services (and including all entities and persons that own or operate the listed third parties), for information and records to determine, or to lead to, the true identities and physical location(s) and contact information of Defendants, the owners and operators of Defendants, and their associated entities, and to obtain evidence relevant to this action.

1. Pixeldrain.com;

2. Buzzheavier.com; and

3. Any other registrar, hosting service, file-sharing network, Internet service provider, and entity/vendor/service identified as providing (currently or previously) services to or associated with the persons sued as Does 1-10.

**IT IS SO ORDERED**.

Dated:                    , 2026

_____
Hon. United States District
Judge/Magistrate Judge

2